

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00154-CV

**IN THE INTEREST OF K.A.H.** and K.J.M.H., Children

From the County Court at Law, Kendall County, Texas
Trial Court No. 08-0117CCL
The Honorable Cathy O. Morris, Judge Presiding

Opinion by:     Sandee Bryan Marion, Justice

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  July 24, 2013

AFFIRMED

        This is an appeal from the trial court's termination of appellant's parental rights.  *See* TEX. FAM. CODE ANN. § 161.001(1)(E), (N), (O), (2) (West Supp. 2013). Appellant's court-appointed attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced.  Counsel concludes that the appeal is without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at * 4 (Tex. App.—San Antonio May 21, 2003, no pet.) (applying *Anders* procedure in appeal from termination of parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.).  Counsel provided appellant with a copy of the brief.  Appellant was informed of her right to review the record and advised of her right to file a pro se brief.  Appellant has not filed a brief.

After reviewing the record and counsel's brief, we agree the appeal is frivolous and without merit. The judgment of the trial court is affirmed. We GRANT counsel's motion to withdraw. *Nichols v. State*, 954 S.W.2d 83, 86 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).


Sandee Bryan Marion, Justice